People v Slide (2023 NY Slip Op 00446)

People v Slide

2023 NY Slip Op 00446

Decided on February 1, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 1, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
BARRY E. WARHIT, JJ.

2022-00820
 (Ind. No. 1554/07)

[*1]The People of the State of New York, respondent,
v
Terraine J. Slide, appellant.

Alexis G. Padilla, Brooklyn, NY, for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Marion Tang and Glenn Green of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Suffolk County (Timothy Mazzei, J.), imposed January 5, 2022, after remittitur from this Court for resentencing (see People v Slide, 197 AD3d 1184), on the ground that the resentence was excessive.
ORDERED that the resentence is affirmed.
Contrary to the defendant's contention, the record demonstrates that the County Court properly considered whether the defendant should be afforded youthful offender treatment (see CPL 720.10[1], [2]; People v Martinez, 200 AD3d 806, 807). Furthermore, the court providently exercised its discretion in denying youthful offender treatment to the defendant (see People v Taylor, 209 AD3d 772, 773; People v Dhillon, 157 AD3d 900, 901).
The resentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
DUFFY, J.P., MILLER, DOWLING and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court